UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04-cr-00222-RJC-CH

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| KIMBERLY FRANCENE BAKER, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon motion of the defendant, pro se, requesting that the Court modify its sentence. (Doc. No. 136).

The defendant seeks a reduction under 18 U.S.C. § 3742(e) for post-sentencing rehabilitation.[1] However, even such positive circumstances reflected in the records submitted by the defendant are not grounds for a sentence reduction by this Court. 18 U.S.C. § 3582(c); Fed. R. Crim. P. 35.

**IT IS, THEREFORE, ORDERED** that the defendant's motion (Doc. No. 136) is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, the United States Attorney, and the United States Marshals Service.

Signed: July 30, 2015

Robert J. Conrad, Jr.
United States District Judge

---

[1] The statute cited by the defendant addresses factors the court of appeals is to consider in reviewing a district court sentence.