IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04-CR-00222-RJC-CH

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KIMBERLY FRANCENE BAKER | ) | |
| | ) | |

**THIS MATTER** comes before the Court on the defendant's pro se Motion for

Modification of Sentence Pursuant to Amendment 794. (Doc. No. 149).

Title 18, United States Code, Section 3582(c)(2) allows a court to reduce a sentence

based on a guideline range that has been subsequently lowered by the Sentencing Commission.

Here, Amendment 794 detailed by the defendant as affecting her sentence, (Doc. No. 149:

Motion at 1), is not listed by the Commission as being retroactively applicable, USSG

§1B1.10(a)(1), (d)(2016).  Thus, she is not entitled to relief.

**IT IS, THEREFORE, ORDERED** that the defendant's Motion to Modify Sentence,

(Doc. No. 149), is **DENIED.**

Signed: April 10, 2017

Robert J. Conrad, Jr.
United States District Judge