IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04-CR-00222-RJC-CH

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| KIMBERLY FRANCENE BAKER (2) | ) |
| | ) |

**THIS MATTER** is before the Court upon motion of the defendant pro se for a reduction of sentence based on Amendment 821 to the United States Sentencing Guidelines. (Doc. No. 161).

Part A of the Amendment is retroactive and amended USSG §4A1.1 to limit the impact of status points on criminal history category. USSG §1B1.10(d), comment. (n.7). Here, the defendant is on supervised release under the jurisdiction of the Middle District of North Carolina. (Doc. No. 160: Order).

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DISMISSED** without prejudice to seek relief in the Middle District of North Carolina.

Signed: May 30, 2024

Robert J. Conrad, Jr.
United States District Judge